**Michael A. CHURCH, Plaintiff—Appellant,**

v.

**COMMISSIONER OF SOCIAL SECURITY, Defendant—Appellee.**

No. 03–2451.

United States Court of Appeals,
Fourth Circuit.

Submitted June 28, 2004.

Decided July 26, 2004.

Joseph E. Wolfe, Wolfe, Williams & Rutherford, Norton, Virginia, for Appellant. Patricia M. Smith, Acting Regional Chief Counsel, Region III, Dina White Griffin, Assistant Regional Counsel, Philadelphia, Pennsylvania, John L. Brownlee, United States Attorney, Julie C. Dudley, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Before WILKINSON, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael A. Church appeals the district court's order affirming the Commissioner's denial of disability insurance benefits and supplemental security income. We must uphold the decision to deny benefits if the decision is supported by substantial evidence and the correct law was applied. *See* 42 U.S.C. § 405(g) (2000); *Craig v. Chater,* 76 F.3d 585, 589 (4th Cir.1996). We have thoroughly reviewed the record and the briefs and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Church v. Comm'r of Soc. Sec.,* No. CA–02–98–2 (W.D.Va. Oct. 30, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*